UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOROTHY JEAN SAMS, et al., | No. CV 12-1795-PLA |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

On January 28, 2014, the Court ordered plaintiffs to file, no later than January 31, 2014, either their request to dismiss the 42 U.S.C. § 1983 claim from this action (which would be with prejudice), or a statement that they will not be dismissing the claim. On January 31, 2014, plaintiffs filed their Position re: Dismissal, in which they indicate that they "will dismiss the federal cause of action pursuant to 42 U.S.C. § 1983 for lack of evidence." (Docket No. 97). The Court construes plaintiffs' Position re: Dismissal as a request for dismissal of the section 1983 claim pursuant to Fed.R.Civ.P. 41(a)(2).

The Court indicated at the January 28, 2014, Continued Final Pretrial Conference that, in the event plaintiffs' section 1983 claim were dismissed, the Court would **not** exercise supplemental jurisdiction over the state law claims, but would then dismiss the action without prejudice to plaintiffs pursuing their claims in state court.

1  Accordingly, **it is hereby ordered** that plaintiffs' First Cause of Action alleged in the
2  Complaint (pursuant to 42 U.S.C. § 1983) is **dismissed with prejudice**.  It is further ordered that
3  all other claims in this action, being state law claims, are **dismissed without prejudice** to
4  plaintiffs bringing those claims in state court.

6  DATED: February 3, 2014

                                        PAUL L. ABRAMS
                          UNITED STATES MAGISTRATE JUDGE